# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN YERKE,<br>　　　　Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>　　　　Defendant | 3:14cv900<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 26th day of February 2015, it is hereby **ORDERED** as follows:

1. The Clerk of Court shall enter judgment in favor of Plaintiff Susan Yerke and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying plaintiff's disability insurance benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g).

3. The Clerk of Court shall close this case.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**s/ James M. Munley**
　　　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　　　**United States District Court**